881 A.2d 1263

**Kurt Michael DANYSH, Appellant**

v.

**DEPARTMENT OF CORRECTIONS; Cindy Walsavage, Inmate Accounting Assistant I; Robert Shannon, Superintendent of the State Correctional Institution at Frackville, Appellees.**

Supreme Court of Pennsylvania.

Sept. 28, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of September, 2005, the order of the Commonwealth Court is **AFFIRMED.**